JENNIFER L. NAEGELE, SBN 232643
LAW OFFICES OF JENNIFER L. NAEGELE
P.O. Box 12375
San Francisco, CA 94112
Telephone: (415) 519-9116
naegelelaw@gmail.com

Attorney for Defendant NICOLAS MEJIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>     v.<br><br>NICOLAS MEJIA,<br><br>              Defendant. | Case No. 3:18-cr-00089-SK<br><br>**STIPULATION AND** ~~**PROPOSED**~~ **ORDER TO CONTINUE SENTENCING HEARING FROM APRIL 18, 2019 TO MAY 16, 2019** |

   Defendant NICOLAS MEJIA and the United States hereby jointly request that the sentencing hearing set for April 18, 2019, be continued to May 16, 2019, at 9:30 a.m.

   This continuance is necessary to afford the Probation Officer adequate time to interview Mr. Mejia and prepare a presentence investigation report. This continuance is also necessitated by the fact that undersigned defense counsel is currently undergoing chemotherapy.

   Mr. Mejia plead guilty to Count One of the Information (misdemeanour vandalism) on January 28, 2019. He remains out of custody at this time.

   The Courtroom Deputy has indicated that May 16, 2019, at 9:30 a.m. is an available date and time for sentencing on this matter. The Probation Officer has no objection to this request.

Respectfully submitted,

Dated: March 1, 2019

_____/s/_____
JENNIFER NAEGELE
Attorney for Defendant
NICOLAS MEJIA

Dated: March 1, 2019              DAVID L. ANDERSON, United States Attorney

_____/s/_____
CASEY BOOME
ASSISTANT UNITED STATES ATTORNEY

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: March 4, 2019

_____
The Honorable Sallie Kim
United States Magistrate Judge

2

*Stipulation and Proposed Order to Continue Sentencing Hearing, Case No. 3:18-cr-00089-SK*